**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

THERESA MUZIKAR,

                                          Plaintiff,
      v.
                                                                      No. 8:23-CV-0528
TARGET CORPORATION,                                  (DNH/CFH)

                                          Defendants.
_____

**APPEARANCES:**                                           **OF COUNSEL**:

Finz & Finz, P.C.                                   TODD M. RUBIN, ESQ.
410 East Jericho Turnpike
Mineola, New York 11501
Attorneys for plaintiff

Ryan, Smith & Carbine, P.C.               ANTONIN I.Z. ROBBASON, ESQ.
511 Glen Street                                    EDWARD D. LAIRD, JR., ESQ.
Glens Falls, New York 12801
Attorneys for defendants

## DECISION & ORDER

On January 25, 2024, defendants filed a sealed letter motion relating to the discovery of certain of plaintiff's medical records. See Dkt. No. 21.[1] On February 13, 2024, the Court held a status conference, during which time, the Court determined, as relevant here, "[b]efore any formal Motion to Compel is required, Plaintiff agrees to obtain Plaintiff's records and provide them to the Court for an in camera review." Text Min. Entry dated Feb. 13, 2024.

---

[1] Plaintiff opposed the sealed letter motion, defendants filed a reply, and plaintiff filed a surreply. See Dkt. Nos. 24-26.

During a phone conference on April 3, 2024, the Court directed that certain of plaintiff's medical records to be delivered to the Court for an in camera review. See Text Min. Entry dated Apr. 3, 2024. Plaintiff's medical records were thereafter provided to the Court. The Court has conducted an in camera review of plaintiff's medical records from the Behavioral Health Services North – Center for Well-Bring and the Rutland Regional Medical Center.

Based upon that review, it is hereby:

**ORDERED**, that defendants' letter motion seeking to compel the reviewed medical records (Dkt. No. 21) is **DENIED** as nothing in those medical records is the proper subject of discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: May 3, 2024
   Albany, New York

Christian F. Hummel
U.S. Magistrate Judge